# UNITED STATES BANKRUPTCY COURT
## EASTERN **DISTRICT OF** TEXAS

In re:                                                   §
                                                         §
LOGGINS, BOBBY G                                         §          Case No. 11-60283
                                                         §
                                    Debtor               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 03/30/2011 .   The undersigned trustee was appointed on  11/17/2011 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $        2,188,840.41

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 912,462.70 |
| Bank service fees | 17,901.59 |
| Other payments to creditors | 45,693.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                $        1,212,783.12

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/19/2012  and the deadline for filing governmental claims was  06/18/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 88,915.21 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 88,915.21 , for a total compensation of $ 88,915.21 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 581.70 , for total expenses of $ 581.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/16/2016                    By:/s/CHRISTOPHER J. MOSER
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit A**

| | | | |
|---|---|---|---|
| Case No: | 11-60283    BP    Judge: BILL PARKER | Trustee Name: | CHRISTOPHER J. MOSER |
| Case Name: | LOGGINS, BOBBY G | Date Filed (f) or Converted (c): | 03/30/11 (f) |
| | | 341(a) Meeting Date: | 12/15/11 |
| For Period Ending:  03/16/16 | | Claims Bar Date: | 03/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 17173 CR 122, Tyler, TX  75703<br>  Homestead<br>  Debtor Claimed 100% Exemption on Schedule C | 212,500.00 | 5,000.00 | | 0.00 | FA |
| 2. 8200 Columbia, Tyler TX  75703<br>  Rent House | 70,000.00 | 0.00 | | 0.00 | FA |
| 3. Override Royalty Interest - Gregg County<br>  R.R. Collins "B"; Lease #01-102788  Plains Marketing, L.P.  .015<br>  overriding royalty | Unknown | 1,000.00 | | 10,001.00 | FA |
| 4. Bob Loggins #01- (Gas) - Smith County, TX<br>  Smith County, TX ;  Well  #864590  .001 interest<br>  11/12/13 Order Authorizing Sale - applies to both items 4, 5 & 6 - with<br>  proceeds posted to item # 4. | 0.00 | 500.00 | | 16,000.00 | FA |
| 5. Bob Loggins  #01 - (Well) -  Smith County, TX<br>  Smith County, TX ;  Well  #030502<br>  11/12/13 Order Authorizing Sale - applies to both items 4, 5 & 6 - with<br>  proceeds posted to item # 4. | Unknown | 500.00 | | 0.00 | FA |
| 6. Loggins - A - Chesapeake<br>  Chesapeake<br>  Smith County, TX ; 11/12/13 Order Authorizing Sale - applies to both<br>  items 4, 5 & 6 - with proceeds posted to item # 4. | Unknown | 500.00 | | 0.00 | FA |
| 7. CASH | 55.00 | 0.00 | | 0.00 | FA |
| 8. FINANCIAL ACCOUNTS | 81.29 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS<br>  Debtor Claimed 100% Exemption on Schedule C | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. BOOK ,PICTURES<br>  Debtor Claimed 100% Exemption on Schedule C | 200.00 | 0.00 | | 0.00 | FA |
| 11. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

**Exhibit A**

| Case No: | 11-60283 | BP | Judge: BILL PARKER | | Trustee Name: | CHRISTOPHER J. MOSER |

Case Name:   LOGGINS, BOBBY G

Date Filed (f) or Converted (c):   03/30/11 (f)

341(a) Meeting Date:   12/15/11

Claims Bar Date:   03/19/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 12. JEWELRY | 3,750.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 13. FIREARMS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 14. INSURANCE POLICIES | Unknown | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 15. Loggins Meat Company | Unknown | 0.00 | | 0.00 | FA |
| 16. 2010 Tax Refund - No Tax Refund | Unknown | 0.00 | | 0.00 | FA |
| 2010 Tax Return filed in 2014, and debtor owed taxes | | | | | |
| 17. Potential Claim Against Heritage Production | Unknown | 0.00 | | 0.00 | FA |
| Credit PCA & Farm Credit Bank of TX for damages caused by | | | | | |
| involuntary bankruptcy proceeding & for sale of property | | | | | |
| 18. 2001 Dodge Ram 350 | 3,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 19. 2002 GMC Yukon | 5,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 20. 47' Sailing Vessel | 185,000.00 | 0.00 | | 0.00 | FA |
| 2005 model - Beneteau | | | | | |
| 21. Inflatable Dingy | 1,000.00 | 0.00 | | 0.00 | FA |
| with 3 hp Mercury; | | | | | |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 22. 2005 Scanveight B-55 Portion Cutter & | 16,500.00 | 0.00 | OA | 0.00 | FA |
| Sorta-Weigh Incline System | | | | | |
| 23. Horses - 4 | Unknown | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

**Exhibit A**

| Case No: | 11-60283 | BP | Judge: BILL PARKER |
| Case Name: | LOGGINS, BOBBY G | | |

| Trustee Name: | CHRISTOPHER J. MOSER |
| Date Filed (f) or Converted (c): | 03/30/11 (f) |
| 341(a) Meeting Date: | 12/15/11 |
| Claims Bar Date: | 03/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. FARMING EQUIPMENT | 8,600.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 25. Saddles & Tack | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 26. Fraudulent & Preferential Transfer - Bank of Tyler | 2,180,000.00 | 50,000.00 | | 1,801,380.00 | FA |
| Related Information Listed on SOFA # 10;  Adv 12-06012 - Trustee granted judgment in the sum of $2,103,917.62. On 6/20/14, Notice of Appeal from Bankruptcy Court to the U.S. District Court for the Eastern District of Texas - Tyler Division was filed and assigned Case No. 6:14-CV-560-JRG.  On March 19, 2015, Order on Appeal Case No. 6:14-CV-560-JRG in U.S. District Court was entered and affirmed the bankruptcy court's ruling.  On April 7, 2015, Bank of Tyler appealed the ruling to the 5th Circuit Court under case # 15-40451.  On Oct. 23, 2015, Agreed Order Approving Settlement was entered. | | | | | |
| 27. 1/3 Mineral Interest - Freestone County, TX (u) | 293,962.50 | 293,962.50 | | 220,475.00 | FA |
| in 1,411.04 acres of land located in Freestone County, TX | | | | | |
| 28. Avoidable Transfers - Ron Loggins | 66,955.65 | 15,000.00 | | 60,000.00 | FA |
| Listed on SOFA # 3.c.(Exhibit A) & #10;  Adv.  13-06020; 1/05/15 Ron Loggins removed as defendant and substitute Tammi L. Long, Executrix of the Estate of Ronald Matney Loggins as defendant. | | | | | |
| 29. Avoidable Transfers - American Express | 8,675.00 | 6,750.00 | | 6,750.00 | FA |
| Listed on SOFA # 3 - Exhibit A Adv 13-06021 | | | | | |
| 30. Avoidable Transfers -Cryovac, Inc. (u) | 10,766.36 | 5,000.00 | | 5,000.00 | FA |
| Adv. 13-06022 (Cryovac, Inc.) | | | | | |
| 31. Avoidable Transfers - Citizens State Bank (u) | 159,577.55 | 25,000.00 | | 17,500.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

**Exhibit A**

| Case No: | 11-60283 | BP | Judge: BILL PARKER |
|---|---|---|---|
| Case Name: | LOGGINS, BOBBY G | | |

| Trustee Name: | CHRISTOPHER J. MOSER |
|---|---|
| Date Filed (f) or Converted (c): | 03/30/11 (f) |
| 341(a) Meeting Date: | 12/15/11 |
| Claims Bar Date: | 03/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Adv 13-06023 | | | | | |
| 32. Avoidable Transfers-Neal, Bryan & Sandy Johnson & (u) | 116,442.11 | 10,000.00 | | 15,000.00 | FA |
| Mike Johnson; Adv. 13-06024; | | | | | |
| 33. Royalities - Navidad Resources | Unknown | 0.00 | | 71.29 | FA |
| 34. Royalities - Plains Marketing, LP | Unknown | 0.00 | | 3,389.67 | FA |
| Gregg County, TX - R R Collins "B" | | | | | |
| 35. Royalities - Encana Oil & Gas (USA) Inc | Unknown | 0.00 | | 43.46 | FA |
| 36. Royalities - Austin Bancorp, Inc. | Unknown | 0.00 | | 579.50 | FA |
| 37. Royalities - Chesapeake Operating, Inc | Unknown | 0.00 | | 2,871.53 | FA |
| 38. Royalities - Culver & Caim Production LLC (u) | Unknown | 0.00 | | 473.66 | FA |
| 39. 2011 Tax Refund (u) | 6,146.00 | 0.00 | | 6,146.00 | FA |
| 40. Royalities - Smith County, TX (u) | 23,000.00 | 23,000.00 | | 23,000.00 | FA |
| 238.93 mineral acres in Smith County, TX | | | | | |
| 41. Royalities - SND Operating LLC - Smith Co. | Unknown | 159.30 | | 159.30 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $3,376,711.46 | $436,371.80 | | $2,188,840.41 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Quilling, Selander, Lownds, Winslett & Moser P.C. is employed to represent the trustee.  The trustee is a partner in the

same firm.  Singer & Levick, P.C. is employed to represent the trustee.  Sheldon E. Levy, CPA is employed as an

accountant.  On May 10, 2012, Order Granting Trustee's Notice of Intent to Abandon Property was entered, item # 22.  On

June 13, 2012, Adv. 12-06012 (Bank of Tyler)  was filed,  item # 26.  On Aug.  27, 2013, Order Authorizing Sale of

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   5

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-60283   BP   Judge: BILL PARKER | Trustee Name: | CHRISTOPHER J. MOSER |
| Case Name: | LOGGINS, BOBBY G | Date Filed (f) or Converted (c): | 03/30/11 (f) |
| | | 341(a) Meeting Date: | 12/15/11 |
| | | Claims Bar Date: | 03/19/12 |

Mineral Interests was entered, item # 27, but sale was not closed due to a previously unrecognized warranty deed - a 2nd
Order was entered on Oct. 11, 2013, for item # 27.  On Nov. 6, 2013, Adv. 13-06020 (Ron Loggins) was filed, item # 28.
On Nov. 7, 2013, Adv. 13-06021 (American Express) was filed, item # 29.  On Nov. 7, 2013, Adv. 13-06022 (Cryovac,
Inc.) was filed, item # 30.  On Nov. 7, 2013, Adv. 13-06023 (Citizens State Bank) was filed, item # 31.  On Nov. 7,
2013, Adv. 13-06024 (Bryan Neal, Sandy Johnson & Mike Johnson) was filed, see item # 32.  On Nov. 12, 2013, Order
Authorizing Sale of Mineral Interests was entered, items # 4, 5 & 6.   On Feb. 25, 2014, Order Approving Settlement with
American Express was entered, item # 29.  On June 17, 2014, Order Authorizing Sale of Royalty Interest in Gregg County,
TX (RR Collins "B" Lease) was entered, item # 3.  On Sept. 22, 2014, Order on Application to Compromise Controversy
(Citizens Bank) was entered, item 31.  On Sept. 23, 2014, Order on Application to Compromise Controversy (Cryovac Inc.)
was entered, item 30.  On March 26, 2015, Order Authorizing Sale of Mineral Interests was entered, item # 40.  On June
1, 2015, Second Amended Order Approving Settlement with Tammi Long, Executrix of the Estate of Ronald Matney Loggins was
entered, item # 28.  On July 15, 2015, Order Approving Trustee's Amended Motion to Compromise Controversy was entered,
items # 32.  On Oct. 23, 2015, Agreed Order Approving Motion to Compromise Controversy with Bank of Tyler, a Division of
Huntington State Bank was entered, item # 26.  On Dec. 28, 2015,  Estate tax returns were filed with the IRS - no taxes
are due.

Initial Projected Date of Final Report (TFR): 03/30/14      Current Projected Date of Final Report (TFR): 03/16/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

**Exhibit B**

Case No:        11-60283
Case Name:      LOGGINS, BOBBY G

Taxpayer ID No:   61-6485040
For Period Ending:  03/16/16

Trustee Name:           CHRISTOPHER J. MOSER
Bank Name:              BANK OF KANSAS CITY
Account Number / CD #:   *******2926  Checking Account

Blanket Bond (per case limit):
Separate Bond (if applicable):   $ 1,215,584.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/13 | 33 | Navidad Resources, LLC<br>Royalty Account<br>218 North College Ave.<br>Tyler, TX  75702 | Royalty | 1123-000 | 17.96 | | 17.96 |
| 06/05/13 | 33 | Navidad Resources, LLC<br>Royalty Account<br>218 North College Ave.<br>Tyler, TX  75702 | Royalty | 1123-000 | 53.33 | | 71.29 |
| * 06/05/13 | | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-003 | 230.59 | | 301.88 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 222.23 | | 524.11 |
| * 06/05/13 | | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-003 | 253.66 | | 777.77 |
| * 06/05/13 | | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-003 | 239.31 | | 1,017.08 |
| * 06/05/13 | | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-003 | 372.54 | | 1,389.62 |
| * 06/05/13 | | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-003 | 132.61 | | 1,522.23 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 198.18 | | 1,720.41 |

Page Subtotals        1,720.41        0.00

**FORM 2**

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:       11-60283

Case Name:    LOGGINS, BOBBY G

Taxpayer ID No:   61-6485040

For Period Ending:  03/16/16

Trustee Name:       CHRISTOPHER J. MOSER

Bank Name:         BANK OF KANSAS CITY

Account Number / CD #:   *******2926  Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable):   $  1,215,584.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 223.39 | | 1,943.80 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 225.77 | | 2,169.57 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 213.83 | | 2,383.40 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 108.62 | | 2,492.02 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 221.92 | | 2,713.94 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 202.46 | | 2,916.40 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 244.40 | | 3,160.80 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 181.18 | | 3,341.98 |
| * 06/05/13 | | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-003 | 258.34 | | 3,600.32 |
| 06/05/13 | 34 | Plains Marketing, L.P.<br>PO Box 4648<br>Houston, TX  77210-4648 | Royalty | 1123-000 | 213.08 | | 3,813.40 |

Page Subtotals        2,092.99        0.00

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-60283
Case Name: LOGGINS, BOBBY G

Trustee Name: CHRISTOPHER J. MOSER
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******2926  Checking Account

Taxpayer ID No: 61-6485040
For Period Ending: 03/16/16

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 1,215,584.00

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/05/13 | | Encana Oil & Gas (USA) Inc. -Revenue 370 17th Street, Ste. 1700 Denver, CO 80202 | Royalty | 1123-003 | 27.86 | | 3,841.26 |
| * 06/05/13 | | Encana Oil & Gas (USA) Inc. -Revenue 370 17th Street, Ste. 1700 Denver, CO 80202 | Royalty | 1123-003 | 27.86 | | 3,869.12 |
| * 06/05/13 | | Encana Oil & Gas (USA) Inc. -Revenue 370 17th Street, Ste. 1700 Denver, CO 80202 | Royalty | 1123-003 | 23.04 | | 3,892.16 |
| * 06/05/13 | | Encana Oil & Gas (USA) Inc. -Revenue 370 17th Street, Ste. 1700 Denver, CO 80202 | Royalty | 1123-003 | 14.58 | | 3,906.74 |
| 06/05/13 | 35 | Encana Oil & Gas (USA) Inc. -Revenue 370 17th Street, Ste. 1700 Denver, CO 80202 | Royalty | 1123-000 | 28.88 | | 3,935.62 |
| 06/05/13 | 35 | Encana Oil & Gas (USA) Inc. -Revenue 370 17th Street, Ste. 1700 Denver, CO 80202 | Royalty | 1123-000 | 14.58 | | 3,950.20 |
| * 06/05/13 | | Chesapeake Operating, Inc. Revenue Distribution Account PO Box 18496 Oklahoma City, OK 73154 | Royalty | 1123-003 | 436.02 | | 4,386.22 |
| * 06/05/13 | | Chesapeake Operating, Inc. Revenue Distribution Account PO Box 18496 Oklahoma City, OK 73154 | Royalty | 1123-003 | 480.28 | | 4,866.50 |
| 06/05/13 | 36 | Austin Bancorp, Inc. PO Box 951 Jacksonville, TX 75766 | Royalty | 1123-000 | 146.40 | | 5,012.90 |
| 06/05/13 | 36 | Austin Bancorp, Inc. | Royalty | 1123-000 | 280.60 | | 5,293.50 |

Page Subtotals    1,480.10    0.00

Ver: 19.05d

**FORM 2**

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-60283 |
| Case Name: | LOGGINS, BOBBY G |
| | |
| Taxpayer ID No: | 61-6485040 |
| For Period Ending: | 03/16/16 |

| | |
|---|---|
| Trustee Name: | CHRISTOPHER J. MOSER |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******2926  Checking Account |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  1,215,584.00 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | PO Box 951 Jacksonville, TX  75766 | | | | | |
| | 06/05/13 | 36 | Austin Bancorp, Inc. PO Box 951 Jacksonville, TX  75766 | Royalty | 1123-000 | 152.50 | | 5,446.00 |
| * | 06/18/13 | | Plains Marketing, L.P. PO Box 4648 Houston, TX  77210-4648 | Deposit Returned Stale Dated | 1123-003 | -230.59 | | 5,215.41 |
| * | 06/18/13 | | Plains Marketing, L.P. PO Box 4648 Houston, TX  77210-4648 | Deposit Returned Stale Dated | 1123-003 | -253.66 | | 4,961.75 |
| * | 06/18/13 | | Plains Marketing, L.P. PO Box 4648 Houston, TX  77210-4648 | Royalty Stale Dated | 1123-003 | -239.31 | | 4,722.44 |
| * | 06/18/13 | | Plains Marketing, L.P. PO Box 4648 Houston, TX  77210-4648 | Deposit Returned Stale Dated | 1123-003 | -372.54 | | 4,349.90 |
| * | 06/18/13 | | Plains Marketing, L.P. PO Box 4648 Houston, TX  77210-4648 | Deposit Returned Stale Dated | 1123-003 | -132.61 | | 4,217.29 |
| * | 06/18/13 | | Plains Marketing, L.P. PO Box 4648 Houston, TX  77210-4648 | Deposit Returned Stale Dated | 1123-003 | -258.34 | | 3,958.95 |
| * | 06/18/13 | | Encana Oil & Gas (USA) Inc. -Revenue 370 17th Street,  Ste. 1700 Denver, CO  80202 | Deposit Returned Stale Dated | 1123-003 | -27.86 | | 3,931.09 |
| * | 06/18/13 | | Encana Oil & Gas (USA) Inc. -Revenue 370 17th Street,  Ste. 1700 Denver, CO  80202 | Deposit Returned Stale Dated | 1123-003 | -27.86 | | 3,903.23 |
| * | 06/18/13 | | Encana Oil & Gas (USA) Inc. -Revenue | Deposit Returned | 1123-003 | -23.04 | | 3,880.19 |

| | | | | Page Subtotals | -1,413.31 | 0.00 | |

Ver: 19.05d

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

| Case No: | 11-60283 | Trustee Name: | CHRISTOPHER J. MOSER |
|---|---|---|---|
| Case Name: | LOGGINS, BOBBY G | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******2926  Checking Account |
| Taxpayer ID No: | 61-6485040 | | |
| For Period Ending: | 03/16/16 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $  1,215,584.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 370 17th Street,  Ste. 1700 | Stale Dated | | | | |
| | | Denver, CO   80202 | | | | | |
| *  06/18/13 | | Encana Oil & Gas (USA) Inc. -Revenue | Deposit Returned | 1123-003 | -14.58 | | 3,865.61 |
| | | 370 17th Street,  Ste. 1700 | Stale Dated | | | | |
| | | Denver, CO   80202 | | | | | |
| *  06/18/13 | | Chesapeake Operating, Inc. | Deposit Returned | 1123-003 | -436.02 | | 3,429.59 |
| | | Revenue Distribution Account | Stale Dated | | | | |
| | | PO Box 18496 | | | | | |
| | | Oklahoma City, OK  73154 | | | | | |
| *  06/18/13 | | Chesapeake Operating, Inc. | Deposit Returned | 1123-003 | -480.28 | | 2,949.31 |
| | | Revenue Distribution Account | Stale Dated | | | | |
| | | PO Box 18496 | | | | | |
| | | Oklahoma City, OK  73154 | | | | | |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,939.31 |
| 07/08/13 | 37 | Chesapeake Operating, Inc. | Royalty | 1123-000 | 1,552.28 | | 4,491.59 |
| | | Revenue Distribution Acct | | | | | |
| | | PO Box 18496 | | | | | |
| | | Oklahoma City, OK  73154 | | | | | |
| 07/23/13 | 34 | Plains Marketing, L.P. | Royalty | 1123-000 | 231.56 | | 4,723.15 |
| | | PO Box 4648 | | | | | |
| | | Houston, TX  77210-4648 | | | | | |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,713.15 |
| 08/26/13 | 34 | PLAINS MARKETING, LP | Royalty | 1123-000 | 123.34 | | 4,836.49 |
| | | PO BOX 4648 | | | | | |
| | | HOUSTON, TX  77210-4648 | | | | | |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,826.49 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,816.49 |
| 10/03/13 | 34 | PLAINS MARKETING, L.P. | Royalty | 1123-000 | 119.27 | | 4,935.76 |
| | | PO BOX 4648 | | | | | |
| | | HOUSTON, TX 77210-4648 | | | | | |

| | | | Page Subtotals | | 1,095.57 | 40.00 | |

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:         11-60283

Case Name:    LOGGINS, BOBBY G

Taxpayer ID No:    61-6485040

For Period Ending:    03/16/16

Trustee Name:    CHRISTOPHER J. MOSER

Bank Name:    BANK OF KANSAS CITY

Account Number / CD #:    *******2926  Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable):    $  1,215,584.00

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/13 | 37 | CHESAPEAKE OPERATING, INC. REVENUE DISTRIBUTION ACCOUNT PO BOX 18496 OKLAHOMA CITY, OK 73154 | Royalty | 1123-000 | 928.60 | | 5,864.36 |
| 10/23/13 | 27 | Bank Wire - Deposit Recvd  10/22/13 | Sale Proceeds - Royalties Freestone | 1223-000 | 220,475.00 | | 226,339.36 |
| 10/24/13 | 4 | Bank Wire - Deposit Recvd on 10/23/13 | Sale Proceeds - Royalties Smith Co | 1123-000 | 16,000.00 | | 242,339.36 |
| 10/29/13 | 34 | Plains Marketing, L.P. PO Box 4648 Houston, TX  77210-4648 | Royalty | 1123-000 | 132.66 | | 242,472.02 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 121.01 | 242,351.01 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 348.58 | 242,002.43 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 359.68 | 241,642.75 |
| 01/13/14 | 38 | Culver & Cain Production LLC RD Account 121 S. Broadway, Suite 760 Tyler, TX  75702 | Royalty | 1223-000 | 14.52 | | 241,657.27 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 359.16 | 241,298.11 |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 323.93 | 240,974.18 |
| 03/04/14 | 29 | AMERICAN EXPRESS TRS CO., INC. TRAVEL RELATED SVCS CO. 2401 W. BEHREND DR, STE 55, MC 24-01-17 PHOENIX, AZ  85027 | Settlement | 1141-000 | 6,750.00 | | 247,724.18 |
| 03/04/14 | 34 | Plains Marketing, L.P. PO Box 4648 Houston, TX  77210-4648 | Royalty | 1123-000 | 115.69 | | 247,839.87 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 366.24 | 247,473.63 |
| 04/02/14 | 34 | PLAINS MARKETING, L.P. | Royalty | 1123-000 | 412.09 | | 247,885.72 |

Page Subtotals        244,828.56        1,878.60

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-60283 |
| Case Name: | LOGGINS, BOBBY G |
| | |
| Taxpayer ID No: | 61-6485040 |
| For Period Ending: | 03/16/16 |

| | |
|---|---|
| Trustee Name: | CHRISTOPHER J. MOSER |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******2926  Checking Account |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 1,215,584.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 4648 | | | | | |
| | | HOUSTON, TX  77210-4648 | | | | | |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 356.42 | 247,529.30 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 367.90 | 247,161.40 |
| 06/24/14 | 3 | ECM RESOURCES, INC. | Sale Proceeds | 1123-000 | 10,001.00 | | 257,162.40 |
| | | PO BOX 3668 | | | | | |
| | | LITTLETON, CO  80161 | | | | | |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 357.20 | 256,805.20 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 381.68 | 256,423.52 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 381.12 | 256,042.40 |
| 09/02/14 | 39 | Internal Revenue Service | 2011 Tax Refund | 1224-000 | 6,146.00 | | 262,188.40 |
| 09/29/14 | 31 | CITIZENS STATE BANK | Avoidable Transfer | 1241-000 | 17,500.00 | | 279,688.40 |
| | | CASHIER'S CHECK | | | | | |
| | | RE:  DINAH HOCKMAN | | | | | |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 376.23 | 279,312.17 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 414.17 | 278,898.00 |
| 11/05/14 | 37 | CHESAPEAKE OPERATING, LLC | Royalty | 1123-000 | 390.65 | | 279,288.65 |
| | | REVENUE DISTRIBUTION ACCOUNT | | | | | |
| | | PO BOX 18496 | | | | | |
| | | OKLAHOMA CITY, OK  73154 | | | | | |
| 11/18/14 | 38 | Culver & Cain Production LLC | Royalty | 1223-000 | 459.14 | | 279,747.79 |
| | | RD Account | | | | | |
| | | 121 S. Broadway, Suite 760 | | | | | |
| | | Tyler, TX  75702 | | | | | |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 401.75 | 279,346.04 |
| 12/10/14 | 30 | SEALED AIR CORPORATION | Preference/Fraudulent Transfer | 1241-000 | 5,000.00 | | 284,346.04 |
| | | PO BOX 464 | | | | | |
| | | DUNCAN, SC  29334-0464 | | | | | |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 419.23 | 283,926.81 |

Page Subtotals    39,496.79    3,455.70

LFORM24

Ver: 19.05d

FORM 2

Page: 8

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-60283 | | Trustee Name: | CHRISTOPHER J. MOSER |
| Case Name: | LOGGINS, BOBBY G | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******2926 Checking Account |
| Taxpayer ID No: | 61-6485040 | | | |
| For Period Ending: | 03/16/16 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 1,215,584.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 422.00 | 283,504.81 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 380.59 | 283,124.22 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 420.80 | 282,703.42 |
| 04/14/15 | 40 | Chase - Chashier's Check RE:  Patrick T. Hanlon | Sale Proceeds - Royalty Interest | 1223-000 | 23,000.00 | | 305,703.42 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 421.57 | 305,281.85 |
| 05/11/15 | 003001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA  70139 | Bond Payment Bond # 016052661;  Term:  4/14/15 to 4/14/16 | 2300-000 | | 875.00 | 304,406.85 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 452.98 | 303,953.87 |
| 06/11/15 | 28 | SINGER & LEVICK P.C. IOLTA ACCOUNT 16200 ADDISON RD., STE. 140 ADDISON, TX  75001-5376 | Fraudulent Transfer | 1141-000 | 60,000.00 | | 363,953.87 |
| 06/30/15 | 41 | SND OPERATING LLC REVENUE DISTRIBUTION 8150 N CENTRAL EXPWY CAMPBELL CTR II, STE M-1020 DALLAS, TX  75206 | Royalty | 1123-000 | 159.30 | | 364,113.17 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 490.55 | 363,622.62 |
| 07/28/15 | 32 | MICHAEL J. JOHNSON OR SANDRA JOHNSON 13360 KARAH LANE LINDALE, TX  75771 | Avoidable Transfer | 1241-000 | 10,000.00 | | 373,622.62 |
| 07/28/15 | 32 | CITIZENS STATE BANK CASHIER'S CHECK REMITTER:  BRYAN NEAL FOR ADV 13-06024 | Avoidable Transfer | 1241-000 | 5,000.00 | | 378,622.62 |
| 07/30/15 | 003002 | International Sureties, Ltd. 701 Poydras Street, Suite 420 | Bond Payment Bond # 016052661;  Term:  4/14/15 to 4/14/16 | 2300-000 | | 106.00 | 378,516.62 |
| | | | Page Subtotals | | 98,159.30 | 3,569.49 | |

LFORM24

Ver: 19.05d

**FORM 2**

Page:  9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

Case No:  11-60283
Case Name:  LOGGINS, BOBBY G

Taxpayer ID No:  61-6485040
For Period Ending:  03/16/16

Trustee Name:  CHRISTOPHER J. MOSER
Bank Name:  BANK OF KANSAS CITY
Account Number / CD #:  *******2926  Checking Account

Blanket Bond (per case limit):
Separate Bond (if applicable):  $  1,215,584.00

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | | |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 541.53 | 377,975.09 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 561.72 | 377,413.37 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 542.85 | 376,870.52 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 560.14 | 376,310.38 |
| 11/09/15 | 26 | United States Treasury | Preference | 1141-000 | 1,800,000.00 | | 2,176,310.38 |
| | | U.S. District Court | | | | | |
| | | Tyler, TX | | | | | |
| 11/11/15 | 003003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | 1,910.00 | 2,174,400.38 |
| | | 701 Poydras Street, Suite 420 | Bond # 016052661;  Term:  4/14/15  to 4/14/16 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 11/23/15 | 003004 | Singer & Levick, P.C. | Per Order Entered on 11/20/15 | | | 782,192.38 | 1,392,208.00 |
| | | Attn: Larry Levick, Esq. | Attorney's Fees | | | | |
| | | 16200 Addison Road, Ste. 140 | | | | | |
| | | Addison, TX 75001 | | | | | |
| | | | Fees          761,700.00 | 3210-000 | | | |
| | | | Expenses      20,492.38 | 3220-000 | | | |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1,917.19 | 1,390,290.81 |
| 12/28/15 | 26 | United States Treasury | Preference | 1141-000 | 1,380.00 | | 1,391,670.81 |
| | | U.S. District Court | | | | | |
| | | Tyler, TX | | | | | |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2,066.45 | 1,389,604.36 |
| 01/05/16 | 003005 | Heritage Production Credit, PCA | Per Order Entered on 1/04/16 | 2990-000 | | 57,192.62 | 1,332,411.74 |
| | | Attn: Scott A. Ritcheson | Administrative Expense | | | | |
| | | Ritcheson,Lauffer & Vincent, PC | | | | | |
| | | 821 ESE Loop 323, Suite 530 | | | | | |
| | | Tyler, TX  75701 | | | | | |
| 01/05/16 | 003006 | Farm Credit Bank of Texas | Per Order Entered on 1/04/16 | 2990-000 | | 21,450.00 | 1,310,961.74 |
| | | c/o Law Offices of Billy Leonard | Administrative Expense | | | | |

Page Subtotals     1,801,380.00     868,934.88

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

Ver: 19.05d

LFORM24

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   10

**Exhibit B**

Case No:   11-60283
Case Name:   LOGGINS, BOBBY G

Trustee Name:   CHRISTOPHER J. MOSER
Bank Name:   BANK OF KANSAS CITY
Account Number / CD #:   *******2926  Checking Account

Taxpayer ID No:   61-6485040
For Period Ending:   03/16/16

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  1,215,584.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/21/16 | 003007 | 1650 W. Virginia Street, Ste. 211 McKinney, TX  75069 Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101 7317 | Per Order Entered on 1/20/16 Priority Claim | 5800-000 | | 45,693.00 | 1,265,268.74 |
| 01/28/16 | 003008 | Sheldon E. Levy, CPA 6320 Southwest Blvd., Ste. 204 Ft. Worth, TX 76109 | Per Order Entered on 1/27/16 Accountant's Fees | | | 3,935.70 | 1,261,333.04 |
| | | | Fees            3,750.00 | 3410-000 | | | |
| | | | Expenses        185.70 | 3420-000 | | | |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2,001.21 | 1,259,331.83 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1,747.71 | 1,257,584.12 |
| 03/09/16 | 003009 | QSLWM 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | Per Order Entered on 3/08/16 Attorney's Fees | 3110-000 | | 42,000.00 | 1,215,584.12 |
| 03/09/16 | 003010 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA  70139 | Bond Payment Bond # 016052661;  Term:  4/14/16  to  4/14/17 | 2300-000 | | 2,801.00 | 1,212,783.12 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,188,840.41 | 976,057.29 | 1,212,783.12 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 2,188,840.41 | 976,057.29 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 2,188,840.41 | 976,057.29 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS Checking Account - *******2926 | 2,188,840.41 | 976,057.29 | 1,212,783.12 |
| | 2,188,840.41 | 976,057.29 | 1,212,783.12 |

Page Subtotals              0.00          98,178.62

**UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*

Ver: 19.05d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit B

| Case No: | 11-60283 | Trustee Name: | CHRISTOPHER J. MOSER |
|---|---|---|---|
| Case Name: | LOGGINS, BOBBY G | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******2926  Checking Account |
| Taxpayer ID No: | 61-6485040 | | |
| For Period Ending: | 03/16/16 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $  1,215,584.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |

LFORM24

Ver: 19.05d

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 16, 2016 |

Case Number:   11-60283                                Claim Class Sequence
Debtor Name:   LOGGINS, BOBBY G

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000016 058 5800-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 1910- 7317 | Priority | | $45,693.00 | $45,693.00 | $0.00 |
| 070 7100-00 | Bank of Tyler c/o Steve Wiggs 3921 Old Jackonville Hwy Tyler, TX 75701 | Unsecured | Per Order 10/23/15, Allowed 502(h) claim | $1,800,000.00 | $0.00 | $1,800,000.00 |
| 000001 070 7100-00 | Regions Bank Consumer Collections PO Box 11407 Drawer 550 Birmingham, AL 35246-0550 | Unsecured | | $24,971.52 | $0.00 | $24,971.52 |
| 000002 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $28,057.19 | $0.00 | $28,057.19 |
| 000003 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $24,410.94 | $0.00 | $24,410.94 |
| 000004 070 7100-00 | Loggins Freestone, Ltd. c/o Glen Patrick McNally & Patrick, LLP 100 E. Ferguson, Ste 400 Tyler, TX 75702 | Unsecured | | $740,500.05 | $0.00 | $740,500.05 |
| 000005 070 7100-00 | Ron M. Loggins c/o Glen Patrick McNally & Patrick, LLP 100 E. Ferguson, Ste 400 Tyler, TX 75702 | Unsecured | | $421,557.94 | $0.00 | $421,557.94 |
| 000006 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $17,886.38 | $0.00 | $17,886.38 |
| 000007 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $4,946.55 | $0.00 | $4,946.55 |
| 000008 070 7100-00 | American Express Bank, FSB c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $8,490.25 | $0.00 | $8,490.25 |
| 000010B 070 7100-00 | Heritage Production Credit, PCA 4608 Kinsey Drive Tyler, TX 75703 | Unsecured | | $6,276,950.30 | $0.00 | $6,276,950.30 |

Page 2

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: March 16, 2016

Case Number:   11-60283
Debtor Name:   LOGGINS, BOBBY G

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Heritage Production Credit, PCA 4608 Kinsey Drive Tyler, TX 75703 | Unsecured | | $852,654.40 | $0.00 | $852,654.40 |
| 000012 070 7100-00 | Bank of Tyler c/o Steve Wiggs 3921 Old Jacksonville Hwy Tyler, TX 75701 | Unsecured | | $2,588,686.50 | $0.00 | $2,588,686.50 |
| 000013 080 7200-00 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | Unsecured | | $409.69 | $0.00 | $409.69 |
| 000014 080 7200-00 | Santander Consumer USA as Servicer for Etrade PO Box 560284 Dallas, TX 75356 | Unsecured | | $130,261.16 | $0.00 | $130,261.16 |
| 000015 070 7100-00 | American Express Bank, FSB c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $6,750.00 | $0.00 | $6,750.00 |
| 000009 050 4110-00 | Mike and Sandy Johnson 13360 Karah Lane Lindale, TX 75771 | Secured | | $0.00 | $0.00 | $0.00 |
| 000010A 050 4110-00 | Heritage Production Credit, PCA c/o Scott A. Ritcheson Ritcheson, Lauffer & Vincent, P.C. 821 ESE Loop 323, Ste. 530 Tyler, TX 75701 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $12,972,225.87 | $45,693.00 | $12,926,532.87 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-60283
Case Name: LOGGINS, BOBBY G
Trustee Name: CHRISTOPHER J. MOSER

Balance on hand                                    $        1,212,783.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Mike and Sandy Johnson | $ 116,999.96 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010A | Heritage Production Credit, PCA | $ 49,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors          $                0.00

Remaining Balance                               $        1,212,783.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CHRISTOPHER J. MOSER | $ 88,915.21 | $ 0.00 | $ 88,915.21 |
| Trustee Expenses: CHRISTOPHER J. MOSER | $ 581.70 | $ 0.00 | $ 581.70 |

Total to be paid for chapter 7 administrative expenses     $        89,496.91

Remaining Balance                               $        1,123,286.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 45,693.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000016 | Internal Revenue Service | $ 45,693.00 | $ 45,693.00 | $ 0.00 |

|  | Total to be paid to priority creditors | $ 0.00 |
|  | Remaining Balance | $ 1,123,286.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,795,862.02  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Regions Bank | $ 24,971.52 | $ 0.00 | $ 2,192.13 |
| 000002 | Capital One Bank (USA), N.A. by | $ 28,057.19 | $ 0.00 | $ 2,463.00 |
| 000003 | Chase Bank USA, N.A. | $ 24,410.94 | $ 0.00 | $ 2,142.92 |
| 000004 | Loggins Freestone, Ltd. | $ 740,500.05 | $ 0.00 | $ 65,004.88 |
| 000005 | Ron M. Loggins | $ 421,557.94 | $ 0.00 | $ 37,006.51 |
| 000006 | Chase Bank USA, N.A. | $ 17,886.38 | $ 0.00 | $ 1,570.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | American Express Centurion Bank | $ 4,946.55 | $ 0.00 | $ 434.23 |
| 000008 | American Express Bank, FSB | $ 8,490.25 | $ 0.00 | $ 745.32 |
| 000011 | Heritage Production Credit, PCA | $ 852,654.40 | $ 0.00 | $ 74,850.36 |
| 000012 | Bank of Tyler | $ 2,588,686.50 | $ 0.00 | $ 227,248.14 |
| 000015 | American Express Bank, FSB | $ 6,750.00 | $ 0.00 | $ 592.55 |
| 000010B | Heritage Production Credit, PCA | $ 6,276,950.30 | $ 0.00 | $ 551,022.80 |
| | Bank of Tyler | $ 1,800,000.00 | $ 0.00 | $ 158,013.21 |

Total to be paid to timely general unsecured creditors    $            1,123,286.21

Remaining Balance    $                    0.00


Tardily filed claims of general (unsecured) creditors totaling $ 130,670.85  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | eCAST Settlement Corporation | $ 409.69 | $ 0.00 | $ 0.00 |
| 000014 | Santander Consumer USA | $ 130,261.16 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $                    0.00

Remaining Balance    $                    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE